

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-11-00995-CV

PRIME NATURAL RESOURCES, INC., Appellant

V.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATE NUMBERS 2020, 1084, 2001, 457, 510, 2791, 2987, 3000, 1221, 5000, AND NAVIGATORS INSURANCE CO. UK, Appellees

Appeal from the 129th District Court of Harris County.   (Tr. Ct. No. 2007-56696).

**TO THE 129TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 26th day of March 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on October 24, 2011.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that appellant, Prime Natural Resources, Inc., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 26, 2015.

Panel consists of Justices Jennings and Brown.[*]    Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 5, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT



---

[*]    The Honorable Jim Sharp, former Justice of this Court, was a member of the Panel and present for argument when this case was submitted.   Because his term expired on December 31, 2014, he did not participate in the decision of the case.   *See* TEX. R. APP. P. 41.1.